```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :       CRIMINAL ACTION
                                :
        v.                      :
                                :
HERMINIO GALINDEZ               :       NO. 06-667-2
```

ORDER

AND NOW, this 15th day of October, 2009, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant, Herminio Galindez, for a "reconsideration of sentence," which is, in effect, a motion for a new trial based on newly discovered evidence, is DENIED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                        C.J.